UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERTO ROBLES-MEJIA,<br>Petitioner,<br>v.<br>TODD BLANCHE,<br>Respondents. | CASE NO. 2:26-cv-04467-JHC<br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John H. Chun, United States District Judge:

(1) Petitioner's application to proceed in forma pauperis, Dkt. # 1, is GRANTED.

(2) The Clerk is directed to forward a copy of this Order to all counsel of record.

Dated this 17th day of November 2026.

Joshua C. Lewis
Clerk

*/s/Ashleigh Drecktrah*
Deputy Clerk